THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOSEPHINE CONCANNON, Appellant.

Submitted January 4, 1937; decided January 12, 1937.

*Thomas J. Walsh, District Attorney (Thomas K. Hall*
of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

In the Matter of the Will of EMMA T. GARY, Deceased.

ELMA L. QUIRIN, as Ancillary Executrix of ELIZA J.
BRUNDAGE, Deceased, Appellant; LEWIS NIXON, SR.,
et al., as Executors of EMMA T. GARY, Deceased, et al.,
Respondents.

Submitted January 4, 1937; decided January 12, 1937.

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 272 N. Y.
635.)